# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-00194 DFM | Date: | May 27, 2025 |
|---|---|---|---|
| Title | Tamika Fair v. Experian Information Solutions, Inc., et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | n/a |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| n/a | n/a |

| Proceedings: | [IN CHAMBERS] Order to Show Cause Re Dismissal for Lack of Prosecution |
|---|---|

The Court on its own motion, hereby ORDERS Plaintiff(s) to show cause in writing no later than June 10, 2025, why Defendant, Allied Collection Services, Inc. should not be dismissed for lack of prosecution. Alternatively, it will be a sufficient response to this OSC to file on or before that date one of the following:

- A proof of proper service of the summons and complaint on Defendant(s); or
- A Notice of Dismissal.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action . . . ." Fed. R. Civ. P. 4(m). And, if the action has not been diligently prosecuted, the Court may dismiss the action before the expiration of such time.

Plaintiff(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing proofs of service and stipulations

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

extending time. See Fed. R. Civ. P. 1. Stipulations affecting the progress of the case must be approved by the Court. L.R. 7-1.

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date plaintiff(s)' response is due. Plaintiff shall move this case forward or it will be dismissed.

        _____ : _____

Initials of Clerk:  nb