JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TAMIKA FAIR, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; ALLIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:25-cv-00194-DFM <br><br><br> **ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

The Court, having read and considered the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., IT IS HEREBY ORDERED THE STIPULATION IS GRANTED. Defendant Experian is dismissed with prejudice, with Plaintiff and Defendant Experian to each bear their own fees and costs.

Dated: March 9, 2026          By: _____
                                             Honorable Douglas F. McCormick
                                             United States Magistrate Judge

**ORDER OF DISMISSAL OF DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
-1-